IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | SUPERSEDING |
| --- | --- | --- |
| v. | : | 1:24CR292-1 |
| ORAN ALEXANDER ROUTH | : | |

The Grand Jury charges:

COUNT ONE

On or about July 23, 2024, in the County of Guilford, in the Middle District of North Carolina, ORAN ALEXANDER ROUTH did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

COUNT TWO

On or about September 21, 2024, in the County of Guilford, in the Middle District of North Carolina, ORAN ALEXANDER ROUTH did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce,

and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. Upon conviction of one or both of the offenses alleged in this Indictment, the defendant, ORAN ALEXANDER ROUTH shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or promote the commission of the offense or any property traceable to such property.

2

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following items obtained from the defendant on or about September 21, 2024:

    a. Samsung Galaxy Note 9, serial number RF8K905MLLW;

    b. Samsung Galaxy Note 9, IMEI 356567098111253; and

    c. Samsung Galaxy Note 9, IMEI 358620091036239.

All in accordance with Title 18, United States Code, Section 2253, Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: October 28, 2024

SANDRA J. HAIRSTON
United States Attorney

*/s/ Eric L. Iverson*
BY: ERIC L. IVERSON
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON