IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:24CR292 |
| v. | ) | |
| | ) | |
| ORAN ALEXANDER ROUTH | ) | |

## NOTICE OF APPEAL

NOW COMES the Defendant, ORAN ALEXANDER ROUTH, by and through his undersigned counsel, pursuant to Rule 9(a) of the Federal Rules of Appellate Procedure, and hereby gives NOTICE OF APPEAL to the Fourth Circuit Court of Appeals from an oral Order denying the Defendant's Motion to Remain Out of Custody Pending Sentencing on February 12, 2025, entered by the Honorable William L. Osteen, Jr., United States District Judge.

Respectfully submitted February 18, 2025.

                              LOUIS C. ALLEN III
                              Federal Public Defender

                              /s Lisa S. Costner
                              LISA S. COSTNER
                              Assistant Federal Public Defender
                              North Carolina State Bar No. 14308
                              251 N. Main Street, Suite 849
                              Winston-Salem, NC 27101
                              (336) 631-5172
                              Email: lisa_costner@fd.org

/s/ Stacey D. Rubain
STACEY D. RUBAIN
Assistant Federal Public Defender
North Carolina State Bar No. 26690
301 N. Elm St., Suite 410
Greensboro, NC 27401
(336) 333-5455
Email: stacey_rubain@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

>Eric Iverson
>Karla Painter
>Assistant United States Attorneys

>>LOUIS C. ALLEN III
>>Federal Public Defender

>>/s/ Lisa S. Costner
>>LISA S. COSTNER
>>Assistant Federal Public Defender
>>North Carolina State Bar No. 14308
>>251 N. Main Street, Suite 849
>>Winston-Salem, NC 27101
>>(336) 631-5172
>>Email: lisa_costner@fd.org

>>/s/ Stacey D. Rubain
>>STACEY D. RUBAIN
>>Assistant Federal Public Defender
>>North Carolina State Bar No. 26690
>>301 N. Elm St., Suite 410
>>Greensboro, NC 27401
>>(336) 333-5455
>>Email: stacey_rubain@fd.org